FILED
December 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003151338

TRAINOR FAIRBROOK
NANCY HOTCHKISS, ESQ. [SBN 107692]
JENNIFER L. PRUSKI, ESQ. [SBN 186141]
980 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
jlp:5123001.874660.1

Attorneys for Creditor/Movant
T.L. MEADOWS, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

IN RE:

ROCKLIN FAMILY ENTERTAINMENT, LLC,

　　　　　　Debtor.

Case No. 2010-51840-A-11

Chapter 11

DCN: TF-1

**MOTION TO CONVERT TO CHAPTER 7 CASE OR ALTERNATIVELY, TO DISMISS FILED BY TL MEADOWS, LLC**

Date:　　January 14, 2011
Time:　　10:00 a.m.
Dept.:　　Dept. A; Courtroom 28
Judge:　　Honorable Michael S. McManus.
Location:　U.S. Bankruptcy Court, 6th Floor
501 I Street, Sacramento California

　　　Movant TL MEADOWS, LLC, hereby moves to convert the Chapter 11 bankruptcy to a Chapter 7 case, or in the alternative, moves to dismiss the bankruptcy.

　　　This motion to convert is brought pursuant to Bankruptcy Code section 1112(b)(1) as it is in the best interests of creditors and the estate to convert this Chapter 11 petition to a Chapter 7 and there is cause due to the substantial and continuing loss to the estate with no reasonable likelihood of rehabilitation. (11 U.S.C. § 1112(b)(4)(A).) Given the significant debt owed by Debtor including the loan, outstanding leasehold obligations and taxes, Debtor will need a

significant influx of cash to reorganize and such financing will not reasonably be available to this Debtor. In the alternative, Movant seeks to dismiss the case on the same grounds as conversion. (11 U.S.C. § 1112(b).)

Dated: December 17, 2010          TRAINOR FAIRBROOK

                                  By:    /s/ Jennifer L. Pruski
                                         JENNIFER PRUSKI