UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| Case Title : | Rocklin Family Entertainment, LLC | Case No : | 10-51840 - A - 11 |
|---|---|---|---|
| | | Date : | 1/10/11 |
| | | Time : | 10:00 |

| Matter : | [1] – Chapter 11 Voluntary Petition. Missing Document(s): Summary of Schedules; Schedule A – Real Property; Schedule B – Personal Property; Schedule D – Secured Creditors; Schedule E – Unsecured Priority Creditor; Schedule F – Unsecured Nonpriority Creditor; Schedule G – Executory Contracts; Schedule H – Codebtors; Statement of Financial Affairs; Statement Re: Corporate Debtor; List – Equity Security Holders; Attorney's Disclosure Stmt.; Document(s) due by 12/17/2010. Modified on 12/7/2010 (jrus). | OPPOSED |
|---|---|---|
| Judge : | Michael S. McManus | |
| Courtroom Deputy : | Sarah Head | |
| Reporter : | Diamond Reporters | |
| Department : | A | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – W. Steven Shumway
**Respondent(s) :**
    Creditor's Attorney – Nancy Hotchkiss, Gilbert Khachadourian, David Meegan (by phone)

HEARING CONTINUED TO: 1/18/11 at 10:00 AM


The motion to convert or dismiss (docket #13) is continued to 1/18/11 at 10:00 a.m.